UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**

**Plaintiff**

**vs.**

**CIVIL NO.**

**NJ Rapidcare Ambulance LLC**

**Defendant**

## **COMPLAINT**

The United States of America, on behalf of its Agency, the Department of Treasury, by its specially appointed counsel KML Law Group, P.C., represents as follows:

1.      This Court has jurisdiction pursuant to 28 U.S.C. 1345.

2.      The last-known address of the Defendant, NJ Rapidcare Ambulance LLC, is 1321 Fayette Place, Plainfield, NJ 07060.

3.      Defendant owes Plaintiff the principal sum of $278,623.77, plus interest of $131,067.51, for a total of $409,691.28.  A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "A" ("Certificate of Indebtedness").

4.      Demand has been made upon Defendant by Plaintiff for the sum due but the amount due remains unpaid.

WHEREFORE, the plaintiff demands judgment against Defendant as follows;

(A) In the amount of $409,691.28 with interest from April 10, 2019.

(B) Plus filing fee allowed pursuant to 28 U.S.C., Section 1914 in the sum

of $150.00.

(C) Interest to accrue at the rate of  10.75% to the date of judgment..

(D) Interest from the date of judgment at the legal rate of interest in effect

on the date of judgment until paid in full.

(E) Costs of suit.

Notice is hereby given to Defendant that Plaintiff intends to seek satisfaction of

any judgment rendered in it favor in this action from any debt accruing.

United States of America by and through
Its specially assigned counsel
KML Law Group, P.C.


*/s/Rebecca A. Solarz, Esq.*
Rebecca A. Solarz, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
rsolarz@kmllawgroup.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | **CIVIL NO.** |
| **vs.** | |
| **NJ Rapidcare Ambulance LLC** | |
| **Defendant** | |

# <u>EXHIBITS</u>

## **"A"  CERTIFICATE OF INDEBTEDNESS**

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
The United States of America

**DEFENDANTS**
NJ Rapidcare Ambulance LLC
1321 Fayette Place
Plainfield, NJ 07060

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ___Union___
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:       IN LAND CONDEMNATION CASES, USE THE LOCATION OF
            THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
KML Law Group, P.C. – Rebecca A. Solarz, Esquire
701 Market Street, Suite 5000, Philadelphia, PA 19106
215-627-1322; rsolarz@kmllawgroup.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

X 1  U.S. Government
      Plaintiff

2  U.S. Government
   Defendant

3  Federal Question
   *(U.S. Government Not a Party)*

4  Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | X 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 400 State Reapportionment |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ | | | 410 Antitrust |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | Product Liability | | 820 Copyrights | 450 Commerce |
| x 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product | | 830 Patent | 460 Deportation |
| 152 Recovery of Defaulted Student Loans | 345 Marine Product Liability | Liability | | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 195 Contract Product Liability | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 196 Franchise | | | 790 Other Labor Litigation | 865 RSI (405(g)) | 893 Environmental Matters |
| | | | 791 Employee Retirement Income Security Act | | 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | 896 Arbitration |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | | |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | | |
| 245 Tort Product Liability | 445 Amer. w/Disabilities Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities Other | **Other:** | 462 Naturalization Application | | |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

1 Original
  Proceeding

2 Removed from
  State Court

3 Remanded from
  Appellate Court

4 Reinstated or
  Reopened

5 Transferred from
  Another District
  *(specify)*

6 Multidistrict
  Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1345
Brief description of cause:
**Enforced Collections**

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:       Yes   X No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____       DOCKET NUMBER _____

DATE
12/17/19

SIGNATURE OF ATTORNEY OF RECORD
**Rebecca A. Solarz, Esq.**

**FOR OFFICE USE ONLY**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

NJ Rapidcare Ambulance LLC
1321 Fayette Place
Plainfield, NJ 07060
**EIN:** ██████████

I hereby certify, as part of my duties with the U.S. Department of the Treasury (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Health and Human Services (HHS), Centers for Medicare and Medicaid Services (CMS) to Treasury for collection actions.  As a custodian of records for Treasury, I have care and custody of records relating to the ten (10) debts owed by NJ Rapidcare Ambulance LLC, (DEBTOR) to HHS.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of HHS based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments.  Treasury's regular business practice is to receive, store and rely on the documents provided by HHS, when, debts are referred to Treasury for collection activities, including litigation.

Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from HHS.

████████████████████ – **Case #1**

On October 23, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $10,627.70 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on December 16, 2016.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $10,627.70 with daily interest of $3.13 as of April 10, 2019.

| | | |
|---|---|---|
| Principal: | $ | 10,627.70 |
| Interest (@10.75%): | $ | 5,031.67 |
| **Total:** | **$** | **15,659.37** |

1



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

███████████████ – Case #2

On October 27, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $16,508.48 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on December 23, 2016.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $16,508.48 with daily interest of $4.86 as of April 10, 2019.

| | | |
|---|---|---|
| Principal: | $ | 16,508.48 |
| Interest (@10.75%): | $ | 7,782.15 |
| **Total:** | **$** | **24,290.63** |

███████████████ Case #3

On October 29, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $30,051.82 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on December 16, 2016.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $30,051.82 with daily interest of $8.85 as of April 10, 2019.

| | | |
|---|---|---|
| Principal: | $ | 30,051.82 |
| Interest (@10.75%): | $ | 14,231.94 |
| **Total:** | **$** | **44,283.76** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

███████████████ – **Case #4**

On October 30, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $32,125.68 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on December 23, 2016.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $32,125.68 with daily interest of $9.46 as of April 10, 2019.

| | |
|---|---|
| Principal: | $ 32,125.68 |
| Interest (@10.75%): | $ 15,147.30 |
| **Total:** | **$ 47,272.98** |

███████████████ – **Case #5**

On October 31, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $11,952.56 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on December 23, 2016.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $11,952.56 with daily interest of $3.52 as of April 10, 2019.

| | |
|---|---|
| Principal: | $ 11,952.56 |
| Interest (@10.75%): | $  5,635.53 |
| **Total:** | **$ 17,588.09** |

███████████████ – **Case #6**

On October 31, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $85,897.65 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

3



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on December 23, 2016.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $85,897.65 with daily interest of $25.29 as of April 10, 2019.

| | |
|---|---|
| Principal: | $  85,897.65 |
| Interest (@10.75%): | $  40,494.60 |
| **Total:** | **$ 126,392.25** |

██████████████████ **– Case #7**

On November 4, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $54,073.76 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on January 6, 2017.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $54,073.76 with daily interest of $15.92 as of April 10, 2019.

| | |
|---|---|
| Principal: | $  54,073.76 |
| Interest (@10.75%): | $  25,271.74 |
| **Total:** | **$  79,345.50** |

██████████████████ **– Case #8**

On November 6, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $19,789.84 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on January 6, 2017.



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $19,789.84 with daily interest of $5.82 as of April 10, 2019.

| | |
|---|---|
| Principal: | $ 19,789.84 |
| Interest (@10.75%): | $ 9,249.36 |
| **Total:** | **$ 29,039.20** |

███████████ – **Case #9**
On November 7, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $11,576.50 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on January 6, 2017.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $11,576.50 with daily interest of $3.41 as of April 10, 2019.

| | |
|---|---|
| Principal: | $ 11,576.50 |
| Interest (@10.75%): | $ 5,410.01 |
| **Total:** | **$ 16,986.51** |

███████████ – **Case #10**
On November 10, 2014, HHS determined the DEBTOR delinquent for an overpayment in the amount of $6,019.78 with an annual interest rate of 10.75%, for CMS services rendered.  HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection on January 6, 2017.

On March 21, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $6,019.78 with daily interest of $1.77 as of April 10, 2019.

| | |
|---|---|
| Principal: | $ 6,019.78 |
| Interest (@10.75%): | $ 2,813.21 |
| **Total:** | **$ 8,832.99** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227


ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>


The balance stated in the case listed above is current as of April 10, 2019, including any applicable interest, penalties, administrative fees, and DMS & DOJ fees (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the HHS and information contained in Treasury's records.


4/11/2019

X _Natalie R. Stubbs_


Signed by: Natalie R. Stubbs


Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service